# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN REINECKE,

        Plaintiff,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.,*

        Defendants.

Case No. 2:10-cv-02055-RLH-PAL

**ORDER**

This matter is before the court on the parties' failure to file a Joint Status Report as required in Order (Dkt. #3) entered November 24, 2010, regarding removal of this case to federal district court. On December 13, 2010, Defendant First Horizon Home Loans filed a Statement (Dkt. #10) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** the parties shall file a joint status report **no later than 4:00 p.m., January 18, 2011,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

Dated this 3rd day of January, 2011.

                                                          Peggy A. Leen
                                                          United States Magistrate Judge