# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN REINECKE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FEDERAL NATIONAL MORTGAGE )<br>ASSOCIATION, et al., )<br>)<br>Defendants. )<br>_____ ) | Case No.: 2:-10-cv-02055-RLH-PAL<br><br>**O R D E R**<br><br>(Motion to Cancel and Expunge Lis Pendens – #42) |

Before the Court is Defendant Federal National Mortgage Association's **Motion to Cancel and Expunge Lis Pendens** (#42, filed January 42, 2013). Plaintiff did not file an opposition.

To challenge expungement of the lis pendens under NRS 14.015, Plaintiff must show that he is likely to prevail in the action; or that he has a fair chance of success on the merits. NRS § 14.015(3). On November 9, 2011, the Court granted Defendants' Motion for Judgment on the Pleadings and entered judgment in favor of Defendants. Thus, Plaintiff cannot show that he is likely to prevail or has a fair chance of success on the merits and the Court must grant Defendant's Motion to Expunge Lis Pendens.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Defendant's **Motion to Cancel and Expunge Lis Pendens** (#42) is GRANTED.

IT IS FURTHER ORDERED that pursuant to NRS § 14.015, the Notice of Pendency of Action filed and recorded by or on behalf of Plaintiff on the real property located at 6757 Kostner Street, Las Vegas, NV 89149 with the Clark County Recorder's Office as Instrument Number 201009150002648 is hereby cancelled and extinguished; this cancellation has the same effect as an expungement of the original notice.

Dated: February 12, 2013.

_____
**ROGER L. HUNT**
**United States District Judge**